IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY BILEK, individually and on behalf of others similarly situated, | )<br>)  Case No. 1:18-cv-02888<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| BLUE CROSS AND BLUE SHIELD ASSOCIATION and 0995316 B.C. LTD. d/b/a XENCALL, | )  Hon. Judge Steven C. Seeger<br>)  Hon. Mag. Judge Mary M. Rowland<br>)<br>) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby submits this notice of dismissal of this action without prejudice. No opposing party has served either an answer or a motion for summary judgment in this action.

Respectfully submitted,

Dated: September 23, 2019

MARY BILEK

By:  /s/ Alexander H. Burke

Alexander H. Burke
Daniel J. Marovitch
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
aburke@burkelawllc.com
dmarovitch@burkelawllc.com

*Counsel for Plaintiff*